SILLS CUMMIS & GROSS P.C.
Mark S. Olinsky
One Riverfront Plaza
Newark, New Jersey 07102
*Attorneys for Defendant*
*World Water Works Holdings, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY W. BESTHOFF, JR., derivatively and on behalf of WORLD WATER WORKS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRASHANT MITTA, RAVI REDDY, RAVISHANKAR TUMULURI, and WORLD WATER WORKS HOLDINGS, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-01449-JMV-MF <br><br> **CONSENT ORDER STAYING CASE** |

**THIS MATTER** having come before the Court for an Order staying this action on consent of the parties, by and through their undersigned counsel; and

**WHEREAS**, the parties to this action currently are involved in multiple separate litigations pending between and among them in New York State Supreme Court, Index Nos. 654925/2017, 654447/2017, 651159/2017, and 652991/2018 (the "New York Actions");

**WHEREAS**, as part of the mandatory mediation process in one of the New York Actions, the parties are working to obtain a global settlement to resolve all pending and outstanding litigations between or among them and have executed a term sheet in furtherance of those efforts (the "Mediation Process");

1

**WHEREAS**, pursuant to this Court's August 30, 2018 Letter Order (D.E. 62), and pursuant to Fed. R. Civ. P. 16 and L. Civ. R. 16.1(a), an initial scheduling conference is scheduled for October 3, 2018, and initial disclosures are due prior to the initial scheduling conference; and

**WHEREAS**, the parties agree that it is mutually beneficial to stay all pending litigations between or among them, including this action, to conserve judicial resources and to focus their efforts on the Mediation Process and on reaching a global settlement resolution;

**NOW THEREFORE**, based upon the above stipulation and agreement, and for good cause shown:

IT IS on this _3rd_ day of October, 2018;

**ORDERED** as follows:

1. This matter is stayed for a period of sixty (60) days while the parties continue to engage in the Mediation Process;

2. The stay automatically will extend for another period of sixty (60) days, or for such other period agreed to by all parties (subject to Court review), unless the mediator assisting the parties declares the Mediation Process is at an impasse;

3. In the event a global settlement is reached by the parties, or in the event the mediator declares the Mediation Process to be at an impasse, the parties will notify this Court;

4. The initial conference currently scheduled for October 3, 2018 in this matter is adjourned until further notice of this Court. In avoidance of any confusion, the parties' discovery obligations and any requirements or obligations under the Letter Order

issued August 30, 2018 (D.E. 62), and any applicable Federal Rule of Civil Procedure and/or Local Rule of this Court, are stayed until further notice from this Court; and

    5.    Nothing herein constitutes a waiver of any party's right to seek, or oppose, an additional stay or early termination of the stay, or to seek, or oppose, a dismissal of the case. *6. There shall be a telephone conf. before the Undersigned on Dec. 6, 2018 @ 3:15 p.m. Plaintiff shall initiate the conf. call.*

**CONSENTED AND AGREED TO BY:**

By: /s/Gilberto Garcia
    Gilberto Garcia, Esq.
    25 East Spring Valley Ave.
    Suite 330
    Maywood, NJ 07607
    krickogarcia@aol.com

    *Attorneys for Plaintiff*
    *Anthony W. Besthoff*

    Dated: October 1, 2018

By: /s/James A. Kosch
    James A. Kosch
    McCarter & English, LLP
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    *Attorneys for Defendants*
    *Prashant Mitta, Ravi Reddy,*
    *And Ravishankar Tumuluri*

    Dated: October 1, 2018

By: /s/Joseph B. Shumofsky
    Joseph B. Shumofsky, Esq.
    Sills Cummis & Gross P.C.
    One Riverfront Plaza
    Newark, New Jersey 07102
    molinsky@sillscummis.com

    *Attorneys for Defendant*
    *World Water Works*
    *Holdings, Inc.*

    Dated: October 1, 2018

**SO ORDERED** this ____ day of _____, 2018.

HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

3