UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY W. BESTHOFF, JR., derivatively and on behalf of WORLD WATER WORKS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PRASHANT MITTA, RAVI REDDY, RAVISHANKAR TUMULURI, and WORLD WATER WORKS HOLDINGS, INC.,<br><br>Defendants. | Hon. John Michael Vazquez, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J.<br><br>Civil Action No. 2:17-cv-01449-JMV-MF<br><br>**CONSENT ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT** |

WHEREAS, Plaintiff and Defendants (together the "Parties") had discussions regarding the Plaintiff filing an Amended Complaint;

WHEREAS, Plaintiff's counsel provided to Defendants' counsel a copy of the proposed Amended Complaint September 24, 2019;

WHEREAS, on September 25, 2019, Defendants' counsel consented to the filing of the Amended Complaint;

WHEREAS, Defendants do not agree that the amendments in the Amended Complaint relate back to the date of the filing of the original complaint, which was filed on March 2, 2017 (the "Original Complaint");

WHEREAS, the Parties, through the stipulation of their counsel in this matter, agree that the above-described Amended Complaint shall be filed by the Plaintiff;

WHEREAS, the Parties, through the stipulation of their counsel in this matter, agree that Defendants shall have the right to respond to the Amended Complaint by filing a motion to dismiss under Fed. R. Civ. P. 12(b)(6);

WHEREAS, the Parties, through the stipulation of their counsel in this matter, agree that Defendants shall have until November 19, 2019, to respond to the Amended Complaint;

WHEREAS, the Parties, through the stipulation of their counsel in this matter, agree that the Amended Complaint is the operative complaint in this action, superseding and replacing the Original Complaint in its entirety;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and the Court approves the Consent Order (the "Order") permitting the Plaintiff to file an Amended Complaint in this Action and allowing Defendants to respond on November 19, 2019.

*Plaintiff shall file its amended Complaint by October 18, 2019*

DONE AND ORDERED in Chambers at Newark, New Jersey, this _10_ day of _October_, 2019.

_____
MARK FALK
UNITED STATES MAGISTRATE JUDGE