UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY W. BESTHOFF, JR., derivatively and on behalf of WORLD WATER WORKS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PRASHANT MITTA, RAVI REDDY, RAVISHANKAR TUMULURI, and WORLD WATER WORKS HOLDINGS, INC.,<br><br>Defendants. | : Hon. John Michael Vazquez, U.S.D.J.<br>: Hon. Mark Falk, U.S.M.J.<br>:<br>: Civil Action No. 2:17-cv-01449-JMV-MF<br>:<br>:<br>:<br>: **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Plaintiff, by counsel, and Defendants, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July __, 2020

By:_____
Gilberto M. Garcia, Esq.
25 East Spring Valley Ave.
Maywood, NJ 07607
(551) 486-3549
krickogarcia@aol.com

*Counsel for Anthony W. Besthoff, Jr.*

By: *James A. Kosch*
James A. Kosch
John C. Kelly
Omar A. Bareentto
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
jkosch@mccarter.com
jkelly@mccarter.com
obareentto@mccarter.com

*Counsel for Prashant Mitta, Ravi Reddy, and Ravishankar Tumuluri*

By: _____
Mark S. Olinsky
Joseph B. Shumofsky
William R. Stuart III
SILLS CUMMIS & GROSS P.C.
101 Park Avenue
New York, NY 10178
(212) 643-7000
molinsky@sillscummis.com
jshumofsky@sillscummis.com
wstuart@sillscummis.com

*Counsel for World Water Works Holdings, Inc.*

Dated: July 28, 2020

**APPROVED AND SO ORDERED:**

_____
John Michael Vazquez, U.S.D.J.